IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FLEMING,
     Petitioner,

vs.                                Case No.: 3:05cv408/LAC/EMT

JAMES R. McDONOUGH,
FLORIDA PAROLE COMMISSION,
     Respondents.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 5, 2007.  The parties have has been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of objections filed.

       Having considered the report and recommendation, and the timely filed objections thereto, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  Petitioner's request for a stay is **DENIED** and the amended petition for writ of habeas corpus (Doc. 6) is **DENIED**.

       **DONE AND ORDERED** this 31st day of October, 2007.


                        s/L.A. Collier
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**